UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **AUSTIN LALONDE ET AL** | **CASE NO. 2:21-CV-02365** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **PROGRESSIVE SECURITY INSURANCE CO ET AL** | **MAGISTRATE JUDGE KAY** |

# JUDGMENT

The Report and Recommendation [doc. 11] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

The undersigned hereby **ORDERS** that Plaintiff's Motion to Remand [doc. 5] be **GRANTED** and that this matter be remanded to the 14th Judicial District Court, Calcasieu Parish, Louisiana.

**THUS DONE AND SIGNED** in Chambers on the 21st day of September, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**